IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DYNA-DRILL TECHNOLOGIES, INC., | § § § § § § § § § § § § § § § | |
| Plaintiff | | |
| vs. | | |
| CONFORMA CLAD, INC., | | Civil Action No. H-03-5599 |
| Defendant | | |
| vs. | | |
| MICHAEL SPECKERT, | | |
| Intervenor-Plaintiff | | |

## ORDER

The following Motions are pending before the Court in this Case and are ripe for consideration: (1) Plaintiff's Motion To Compel (Docket Entry No. 65); (2) Defendant's Motion To Compel (Docket Entry No. 78); and (3) Plaintiff's Motion filed under seal (Docket Entry No. 75). Plaintiff's Motion to Compel (Docket Entry No. 65) is **DENIED-IN-PART** and **GRANTED-IN-PART**. Defendant's Motion to Compel (Docket Entry No. 78) is **DENIED**. Plaintiff's Motion filed under seal (Docket Entry No. 75) is **DENIED**.

With regard to Plaintiff's Motion to Compel (Docket Entry No. 65), at this time, the Court will not compel Defendant to produce documents relating to its post-1998 technical information and will not compel Defendant to produce its witnesses for further deposition testimony relating to post-1998 technical information. Defendant is, however,

1

**ORDERED** to produce copies, in redacted form, of the document used by Mr. Harlan in his deposition, as well as the document used by Mr. Bucholz in his deposition. Plaintiff's request that Defendant reimburse it for its legal fees and costs incurred in the preparation of the Motion is **DENIED**. In its Opposition to Plaintiff's Motion to Compel (Docket Entry No. 74), Defendant also requests that it be reimbursed for its fees and costs with respect to opposing the Motion to Compel. That request is **DENIED**.

IT IS SO ORDERED.

SIGNED this 14th day of March, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.